■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON L. ARNETT, Appellant. [610 NYS2d 910] —Judgment unanimously affirmed. Memorandum: The fact that the presentence report improperly recommended a specific sentence *(see,* 9 NYCRR 350.7 [b] [6]) does not warrant vacating that sentence where no objection was made to the recommendation at sentencing *(see, People v Marin,* 157 AD2d 804, 805, *lv denied* 76 NY2d 791). Furthermore, the court had a sufficient basis upon which to sentence defendant to one year imprisonment given his prior record *(cf., People v West,* 145 AD2d 980). There is nothing in the record to indicate that the court failed to exercise its discretion independently. (Appeal from Judgment of Cattaraugus County Court, Ward, J.—Felony Driving

While Intoxicated.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.